## Michael J. WILLIAMS, Plaintiff—Appellant,

v.

Harley G. **LAPPIN**; Kim White; B.G. Compton; Jerry Jones; Officer Strickland; Officer Story; G. Cooper; Officer Giddins; Officer Mollica; Jessica Jones; Officer Torres; Officer Bourque; C/O Flanary; Officer Johnson; Officer Eldridge; Officer Marques; Harrell Watts, Defendants—Appellees.

No. 04–7813.

United States Court of Appeals, Fourth Circuit.

Submitted March 28, 2005.

Decided April 29, 2005.

Michael J. Williams, Appellant pro se.

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

PER CURIAM.

Michael J. Williams appeals the district court's order denying relief on his *Bivens** complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Williams v. Lappin,* No. CA–04–625–7 (W.D.Va. filed Oct. 26, 2004; entered Oct. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

---

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).